# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 13 B 32365 |
| JORGE SANTIAGO ) | |
| NANCY SANTIAGO ) | |
| ) | |
| ) | |
| ) | Chapter 13 |
| Debtors ) | |
| ) | |
| ) | |
| ) | Honorable Judge Carol A. Doyle |
| ) | |

## NOTICE CONVERTING DEBTORS' CHAPTER 13 TO CHAPTER 7

**NOW COME**, JORGE AND NANCY SANTIAGO ("Debtors"), by and through their attorneys, Sulaiman Law Group, LTD., and pursuant to 11 U.S.C §1307(a) and Local Rule 1017-1 bringing this Notice to Convert their Chapter 13 to Chapter 7, and in support thereof stating as follows:

1. Debtors filed an emergency petition for relief pursuant to Chapter 13 of the Bankruptcy Code on August 14, 2013.

2. After a careful analysis of their financial circumstances, Debtors have concluded they cannot fund a Chapter 13 plan and that it is in their best interest to convert the instant Chapter 13 bankruptcy to one under Chapter 7.

3. Pursuant to 11 U.S.C. §1307, Debtors may convert their case to one under Chapter 7 at any time.

WHEREFORE, the Debtors hereby notify all parties of interest of the following:

1. The Debtors' Chapter 13 case is converted to one under Chapter 7 of the United States Bankruptcy Code.

Dated: February 17 , 2014    Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. #6299011
Counsel for Debtors
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188