B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–32365**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jorge L Santiago                          Nancy Santiago
aka Jorge L Santiago Sr.                  12829 S. Blossom Drive
12829 S. Blossom Drive                    Alsip, IL 60803
Alsip, IL 60803

Social Security / Individual Taxpayer ID No.:
xxx–xx–7107                               xxx–xx–3462

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS


It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


FOR THE COURT


Dated: <u>May 13, 2014</u>                  <u>Jeffrey P. Allsteadt, Clerk</u>
                                           United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                    Case No. 13-32365-CAD
Jorge L Santiago                                          Chapter 7
Nancy Santiago
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: admin          Page 1 of 1              Date Rcvd: May 13, 2014
                              Form ID: b18         Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2014.
db/jdb       +Jorge L Santiago,   Nancy Santiago,   12829 S. Blossom Drive,   Alsip, IL 60803-2765
20868127     +Cook County Clerk,   69 W. Washington, Suite 500,   Chicago, IL 60602-3030
20868129      Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
20868130     +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
20868131     +HFC/Beneficial Mortgage Services,   Attn: Bankruptcy,   961 Weigel Drive,
              Elmhurst, IL 60126-1029
20868135     +Johnson, Blumberg, & Associates, LLC,   230 W. Monroe Street, Suite 1125,
              Chicago, IL 60606-4723
20868138     +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20868128     +E-mail/Text: lbankruptcy@cookcountytreasurer.com May 14 2014 00:54:59
              Cook County Treasurer's Office,   118 North Clark Street, Room 112,   Chicago, IL 60602-1590
20868133     +EDI: HFC.COM May 14 2014 00:38:00      HSBC,   One HSBC Center,   Buffalo, NY 14203-2885
20868132     +EDI: HFC.COM May 14 2014 00:38:00      HSBC,   Po Box 5213,   Carol Stream, IL 60197-5213
20868134     +EDI: HFC.COM May 14 2014 00:38:00      HSBC Mortgage Services,   P.O. Box 9068,
              Brandon, FL 33509-9068
21354442     +EDI: HFC.COM May 14 2014 00:38:00      HSBC Mortgage Services, Inc.,   P.O. Box 21188,
              Eagan, MN 55121-0188
20868136     +EDI: MERRICKBANK.COM May 14 2014 00:38:00      Merrick Bank,   10705 S. Jordan Gateway,
              Suite 200,   South Jordan, UT 84095-3977
20868137     +EDI: MERRICKBANK.COM May 14 2014 00:38:00      Merrick Bank,   Po Box 5721,
              Hicksville, NY 11802-5721
                                                                                       TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2014 at the address(es) listed below:
          Joseph S Davidson    on behalf of Creditor    Caliber Home Loans, Inc. jdavidson@wirbickilaw.com
          Mohammed O Badwan    on behalf of Joint Debtor Nancy  Santiago mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
          Mohammed O Badwan    on behalf of Debtor Jorge L Santiago mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
          Norman B Newman    nnewman@muchshelist.com, nsulak@muchshelist.com;IL83@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rocio Herrera    on behalf of Creditor    Household Finance Corporation III
           rocio@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
                                                                                       TOTAL: 6
```